IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KENNETH MARTIN GLENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 316-029 |
| | ) |
| MRS. K. WILLIAMS, Chief Counselor; MRS. WICKER HUMPHRIES, Counselor; SHAWN EMMONS, Warden; MRS. PRICE, Deputy Warden; MRS. BAKER, Counselor (Administration); JEFFREY WIGGINS, Sergeant; MR. O'NEAL, Unit Manager; GOVERNOR NATHAN DEAL; HOMER BRYSON, Commissioner GDC; JAMES DOE, JSP Deputy Warden Security; JAMES DOE, Person in Charge of Security at Johnson Prison; MRS. PERRY, Mental Health Counselor; JOHNSON STATE PRISON'S MEDICAL PROVIDER; JOHN DOE, JSP Medical Director; MR. JEFFERSON, Deputy Warden; MRS. ANDREWS/BODI, NA/PA; BRIAN DOE, Nurse; JOHNSON STATE PRISON'S PSYCHIATRIC TREATMENT PROVIDER; and JOHN OR JANE DOE, Johnson State Prison's Psychiatric Provider,[1] | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

_____

**O R D E R**
_____

Plaintiff, an inmate at Augusta State Medical Prison ("ASMP") in Grovetown, Georgia, filed the above-captioned case *pro se*. On September 9, 2016, the Court ordered

---

[1] The Court **DIRECTS** the Clerk to update the docket in accordance with the caption on

Plaintiff to amend his complaint on the standard form complaint used by incarcerated *pro se* litigants in the Southern District of Georgia with no more than six handwritten pages attached. (Doc. no. 25, pp. 9-10.) Plaintiff has now done so, more clearly delineating his claims and adding additional Defendants. (See doc. no. 27.) Furthermore, Plaintiff has attempted service on some of the original Defendants. (See doc. no. 26.)

The Court intends to undertake an initial screen of Plaintiff's amended complaint (doc. no. 27) pursuant to 28 U.S.C. § 1915A. 28 U.S.C. § 1915A ("The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.") Until it does so, the Court **SUSPENDS** all deadlines for service and for Defendants to respond. The Court **DIRECTS** the Clerk to add the Attorney General State of Georgia as a Notice Only Party on the docket with an e-mail of dorland@law.ga.gov.

SO ORDERED this 27th day of September, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

this Order.