IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 SEP 30 PM 2: 14

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| KENNETH MARTIN GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-029 |
| | ) | |
| MRS. K. WILLIAMS, Chief Counselor; | ) | |
| MRS. WICKER HUMPHRIES, Counselor; | ) | |
| SHAWN EMMONS, Warden; MRS. PRICE, | ) | |
| Deputy Warden; MRS. BAKER, Counselor | ) | |
| (Administration); JEFFREY WIGGINS, | ) | |
| Sergeant; MR. O'NEAL, Unit Manager; | ) | |
| GOVERNOR NATHAN DEAL; HOMER | ) | |
| BRYSON, Commissioner GDC; JAMES | ) | |
| DOE, JSP Deputy Warden Security; | ) | |
| JAMES DOE, Person in Charge of Security | ) | |
| at Johnson Prison; MRS. PERRY, Mental | ) | |
| Health Counselor; JOHNSON STATE | ) | |
| PRISON'S MEDICAL PROVIDER; JOHN | ) | |
| DOE, JSP Medical Director; MR. | ) | |
| JEFFERSON, Deputy Warden; MRS. | ) | |
| ANDREWS/BODI, NA/PA; BRIAN DOE, | ) | |
| Nurse; JOHNSON STATE PRISON'S | ) | |
| PSYCHIATRIC TREATMENT PROVIDER; | ) | |
| and JOHN OR JANE DOE, Johnson State | ) | |
| Prison's Psychiatric Provider, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion

and **DENIES** Plaintiff's motions for injunctive relief. (Doc. nos. 18, 22).

SO ORDERED this 30 day of Sept., 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE