IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KENNETH MARTIN GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-029 |
| | ) | |
| MRS. K. WILLIAMS, Chief Counselor; | ) | |
| MRS. WICKER HUMPHRIES, Counselor; | ) | |
| SHAWN EMMONS, Warden; MRS. PRICE, | ) | |
| Deputy Warden; MRS. BAKER, Counselor | ) | |
| (Administration); JEFFREY WIGGINS, | ) | |
| Sergeant; MR. O'NEAL, Unit Manager; | ) | |
| GOVERNOR NATHAN DEAL; HOMER | ) | |
| BRYSON, Commissioner GDC; JAMES | ) | |
| DOE, JSP Deputy Warden Security; | ) | |
| JAMES DOE, Person in Charge of Security | ) | |
| at Johnson Prison; MRS. PERRY, Mental | ) | |
| Health Counselor; JOHNSON STATE | ) | |
| PRISON'S MEDICAL PROVIDER; JOHN | ) | |
| DOE, JSP Medical Director; MR. | ) | |
| JEFFERSON, Deputy Warden; MRS. | ) | |
| ANDREWS/BODI, NA/PA; BRIAN DOE, | ) | |
| Nurse; JOHNSON STATE PRISON'S | ) | |
| PSYCHIATRIC TREATMENT PROVIDER; | ) | |
| and JOHN OR JANE DOE, Johnson State | ) | |
| Prison's Psychiatric Provider, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed, despite the Court granting an extension of time to file objections (doc. no. 36). Accordingly, the Court

**ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claims for (1) denial of due process by denying his grievances against Defendants Williams, Wicker-Humphries, Emmons, Price, and Baker; (2) terroristic threats against Defendant O'Neal; (3) ordering gang members to assault him and inject him with staph infection against Defendant O'Neal; (4) Eighth Amendment claim for deliberate indifference to his safety against Defendants Williams, Emmons, Price, O'Neal, and Jefferson; (5) Eighth Amendment claim for deliberate indifference to his back injury, wrists and hands injury, hemorrhoids, and staph infection against Defendants Price, JSP Medical Provider, John Doe JSP Medical Director, Jefferson, Andrews-Bodi, and Nurse Brian Doe; (6) failure to enforce prison cell phone regulations against Defendants James Doe Deputy Warden of Security and James Doe person in charge of security; (7) supervisory liability claims against Defendant Price; and (8) all claims against Defendants Nathan Deal and Homer Bryson. As no claims remain against them, the Court **DISMISSES** Defendants Emmons, Baker, O'Neal, James Doe Deputy Warden of Security, James Doe in charge of security, JSP Medical Provider, John Doe JSP Medical Director, Jefferson, Andrews-Bodi, Nurse Brian Doe, Deal, and Bryson from this case. The Court **DIRECTS** the Clerk to **TERMINATE** the Georgia Department of Corrections from the docket as it is not named as a party in Plaintiff's amended complaint (doc. no. 27).

As explained in the Magistrate Judge's February 15, 2017 Order, the case shall proceed on Plaintiff's (1) First Amendment claims for retaliatory punishment for filing grievances against Defendants Williams and Wicker-Humphries; (2) excessive force claims against Defendant Wiggins; and (3) Eighth Amendment deliberate indifference to psychiatric needs claims against Defendants Perry, Price, JSP Psychiatric Provider, and Director of JSP

Psychiatric Provider. (See doc. no. 33.) The Court reminds Plaintiff that he is responsible for service, and the deadline for service is May 16, 2017. (See id. at 8.) As Plaintiff has been warned, "[F]ailure to [serve Defendants] may result in their dismissal from this lawsuit or dismissal of this case." (Id. (citing Fed. R. Civ. P. 4(m)).)

SO ORDERED this __11th__ day of April, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE